| | |
|---|---|
| 1 | GEOFFREY A. HANSEN |
|   | Acting Federal Public Defender |
| 2 | ANGELA M. HANSEN |
|   | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Suite 650 |
|   | Oakland, CA 94607-3627 |
| 4 | Telephone: (510) 637-3500 |
| 5 | Counsel for Defendant WELLS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. 03-40072 CW |
|---|---|---|
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | SUPERVISED RELEASE HEARING |
| v. | ) | DATE TO SEPTEMBER 24, 2012 AND |
| | ) | [PROPOSED] ORDER |
| SHAWN ANTOINE WELLS, | ) | |
| | ) | Hearing Date: August 28, 2012 |
| Defendant. | ) | Time: 2:30 p.m. |
| | ) | |

The above-captioned matter is set on August 28, 2012 before this Court for a hearing on a supervised release violation based on allegations in a Probation Form 12 Petition that Mr. Wells tested positive for drugs. The parties jointly request that the Court continue this supervised release matter to the Court's September 24, 2012 calendar for possible resolution of this matter.

In 2004, Mr. Wells was convicted and sentenced for being a felon in possession of a firearm. He began supervision in December 2011. On July 23, 2012, the Court issued a summons for Mr. Wells to answer to charges in a Form 12 petition that he violated his supervised release by using drugs. Mr. Wells appeared pursuant to the summons and the magistrate court set this case on the Court's August 28, 2012 calendar.

It is respectfully requested that the Court set this matter over one additional month, until

Stip. Req. To Continue Admission and Disposition
Hearing, No. CR-03-40072 CW

September 24, 2012, to give Mr. Wells additional time to participate in outpatient drug treatment. This continuance will also give the Probation Office and the parties sufficient time to negotiate any disposition that may be presented to the Court. Additionally, counsel for Mr. Wells is unavailable on August 28, 2012. Defense counsel communicated with the assigned probation officer in this case, Richard Brown, and Mr. Brown is in agreement with this continuance.

Because this case involves an allegation that Mr. Wells violated the terms of his supervision in a post-conviction proceeding, the parties agree that Speedy Trial Act does not apply.

DATED: August 27, 2012         /S/
                               STEPHEN CORRIGAN
                               Assistant United States Attorney

DATED: August 27, 2012         /S/
                               ANGELA M. HANSEN
                               Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that a Probation Form 12 petition has been filed alleging that Mr. Wells violated the terms of his supervised release;

2. Given that the parties would like additional time for Mr. Wells to participate in outpatient drug treatment and that the parties need time to negotiate a resolution of this matter;

3. Given that defense counsel is unavailable on August 28, 2012;

4. Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the August 28, 2012 supervised release violation hearing date is vacated and reset to September 24, 2012, at 2:30 p.m.

DATED: 8/28/2012

CLAUDIA WILKEN
United States District Judge